UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 10-224 (KSH) |
| | : | Hon. Katherine S. Hayden |
| v. | : | |
| WILFREDO VALERIO | : | |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant Wilfredo Valerio (Gary Cutler, Esq., appearing), application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from April 21, 2010 through July 15, 2010, and the defendant being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) The defendant consents to the continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 26 day of April, 2010

ORDERED that this action be, and it hereby is, continued from April 21, 2010 through July 15, 2010;

IT IS FURTHER ORDERED that the period from April 21, 2010 through July 15, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Order for Discovery and Inspection, dated April 20, 2010 is hereby amended as follows:

1. Defendant shall file pretrial motions on or before **May 17, 2010**;

2. The Government shall respond to such motions on or before **June 4, 2010**;

3. The return date for pretrial motions shall be **June 30, 2010**; and

4. Trial shall commence on **July 15, 2010** at 10:00 a.m.

HON. KATHERINE S. HAYDEN
United States District Judge

2