UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------x
UNITED STATES OF AMERICA : Criminal No. 10-224(KSH)
:
v. : 21 U.S.C. § 846
:
: **ORDER**
WILFREDO VALERIO :
---------------------------------------------------------x

This matter having come before the Court by application of Gary L. Cutler, counsel to defendant Wilfredo Valerio; and,

**WHEREAS**, counsel was appointed to represent defendant Valerio pursuant to the Criminal Justice Act; and,

**WHEREAS,** this case began on June 29, 2009 when counsel represented defendant Valerio in his initial appearance; and,

**WHEREAS**, defendant Valerio pleaded guilty on October 5, 2010 and is scheduled for sentencing on January 31, 2011; and,

**WHEREAS** counsel seeks one interim payment under the Criminal Justice Act for his work performed to date to be followed by one supplemental payment for work subsequently performed;

**IT IS HERBY ORDERED** that counsel is permitted to submit one invoice for interim payment for work performed to date and one supplemental invoice for work performed between the date of this order and the conclusion of the matter.

Dated:

Hon. Katherine S. Hayden
U.S.D.J.